UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
09 JUL -8 AM 7:53
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES OF AMERICA, ) Case No. 09CR2477-JAH
) JUDGMENT
v. )
)
CARLA L. JAVIER ) DAVID PETERSON, FD
) Defendant's Attorney

REGISTRATION NO. 14424298

VIOLATION: 18:656 - Theft of Bank Funds

**x** Defendant pleaded guilty to count 1 of the Information
___ Count(s) _____ dismissed on the government's oral motion.
___ Underlying _____ dismissed on the government's oral motion.

## JUDGMENT

**x** Defendant is adjudged guilty on count 1 of the Information

**x** UNSUPERVISED Probation for a term of 18 months
on the following conditions:
**x** obey all laws, Federal, State and Municipal
___ comply with all lawful rules and regulations of the probation department
___ not possess any narcotic drug or controlled substance without a lawful medical prescription
___ not transport, harbor or assist undocumented aliens
___ not reenter the United States illegally
**x** complete 40 hours Community Service by 11/1/2010; declaration of defendant to be filed by 11/1/2010
___ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer
___ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses a low risk of future substance abuse.
**x** Penalty assessment of $ 25.00 forthwith by 7/8/09
___ Fine waived          **x** Fine of $ 500.00 due by 12/31/2009

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

JULY 1, 2009
Date of Imposition of Sentence

BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE
Entered on: